The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSHUA ADAM SHUEMAKE,<br><br>Defendant. | NO. CR21-194 RAJ<br><br>PROTECTIVE ORDER REGARDING DISCOVERY MATERIALS |

This matter came before the Court on the government's Motion for Protective Order. The Court finds that good cause has been shown and orders as follows:

1. This Protective Order governs all sensitive witness statements and photographs in any format (written or electronic) produced by the government in the above-captioned that are specifically designated as "Protected Material."

2. The United States will make copies of the Protected Material available to defense counsel. Possession of copies of the Protected Material is limited to the attorneys of record, investigators, paralegals, law clerks, experts and assistants for the attorneys of record (hereinafter collectively referred to as members of the defense team).

PROTECTIVE ORDER REGARDING
DISCOVERY MATERIAL
*United States v. Shuemake*, CR21-194 RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3. The attorneys of record and members of the defense team may display and review the Protected Material with the defendant, but may not leave any Protected Material with him.

4. The defendant, attorneys of record, and members of the defense team acknowledge that providing copies of the Protected Material to persons outside of the defense team is prohibited, and agree not to provide copies of the Protected Material to persons outside of the defense team.

5. The defense may petition the Court to request modification or termination of the Protective Order upon further review of the Protected Material.

6. Nothing in this order should be construed as imposing any discovery obligations on the government or the defendant that are different from those imposed by case law and Rule 16 of the Federal Rules of Criminal Procedure, and the Local Criminal Rules.

7. Any Protected Material that is filed with the Court in connection with pre-trial motions, trial, sentencing, or other matter before this Court, shall be filed under seal and shall remain sealed until otherwise ordered by this Court.  This does not entitle either party to seal their filings as a matter of course.  The parties are required to comply in all respects to the relevant local and federal rules of criminal procedure pertaining to the sealing of court documents.

8. The provisions of this Order shall not terminate at the conclusion of this prosecution.

9. Any violation of any term or condition of this Order by the Defendant, his attorneys of record, any member of the defense team, or any attorney for the United States Attorney's Office for the Western District of Washington, may be held in contempt of court, and/or may be subject to monetary or other sanctions as deemed appropriate by this Court.

PROTECTIVE ORDER REGARDING
DISCOVERY MATERIAL
*United States v. Shuemake,* CR21-194 RAJ - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

10. If the Defendant violates any term or condition of this Order, the United States reserves its right to seek a sentencing enhancement for obstruction of justice, or to file any criminal charges relating to the Defendant's violation.

DATED this 13th day of January, 2022.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

PROTECTIVE ORDER REGARDING
DISCOVERY MATERIAL
*United States v. Shuemake,* CR21-194 RAJ - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970