The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:21-cr-00194-RAJ |
| Plaintiff, | |
| v. | ORDER DENYING MOTION TO MODIFY CONDITIONS OF RELEASE |
| JOSHUA ADAM SHUEMAKE, | |
| Defendant. | |

THIS MATTER comes before the Court upon Defendant's Motion to Modify Conditions of Release, specifically to remove the location monitoring condition of his appearance bond (Dkt. 19). After considering the motion and the files and pleadings in this matter, having consulted with the Pretrial Services officer and location monitoring specialist supervising Defendant, and being fully advised, the Court hereby **DENIES** the motion.

DATED this 18th day of May, 2022.

_____
HON. RICHARD A. JONES
United States District Judge

ORDER - 1