THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>JOSHUA ADAM SHUEMAKE,<br><br>                    Defendant. | No. 2:21-cr-00194-RAJ<br><br>ORDER |

Before this Court is Defendant's Motion to Allow Travel. The Court has reviewed the motion and accompanying declaration and is fully informed.

IT IS THEREFORE ORDERED that the motion to allow travel (Dkt. 23) is hereby GRANTED.

1. Defendant is granted permission to travel to Ohio from July 17 – 21, 2022.

2. Defendant shall provide U.S. Probation a copy of his travel itinerary.

3. Defendant shall abide by any conditions imposed by the U.S. Probation office.

4. All other terms and conditions of Defendant's release shall remain in effect.

IT IS SO ORDERED.

DATED this 29th day of June, 2022.

*Richard A. Jones*

HON. RICHARD A. JONES
United States District Judge

ORDER
(U.S. v SHUEMAKE/2:21-cr-00194-RAJ-1)



PUGET LAW GROUP
708 BROADWAY SUITE 400
TACOMA WA 98402
TEL 253 627 4696
FAX 253 617 1013