The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSHUA ADAM SHUEMAKE,<br><br>    Defendant. | CASE NO. 2:21-cr-00194-RAJ<br><br>ORDER EXTENDING PRETRIAL MOTIONS DEADLINE |

This matter comes before the Court on the parties' stipulated motion to extend the pretrial motions deadline. For the reasons set forth in the parties' motion, the Court finds that the failure to extend the pretrial motions deadline would result in a miscarriage of justice.

Therefore, the Court GRANTS the parties' stipulated motion to extend the pretrial motions deadline (Dkt. 24). All pretrial motions, including motions in limine, shall be filed no later than August 4, 2022.

DATED this 30th day of June, 2022.

_____
HON. RICHARD A. JONES
United States District Judge

ORDER EXTENDING PRETRIAL MOTIONS DEADLINE
*United States v. Shuemake*, 2:21-cr-00194-RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970