The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOSHUA ADAM SHUEMAKE,<br>Defendant. | NO. CR21-194 RAJ<br><br>GOVERNMENT'S WITNESS LIST |

At trial, the United States anticipates calling some or all of the following witnesses:

1. FBI Special Agent Ryan Bruett
2. FBI Special Agent Natalie Gudehus
3. FBI Special Agent Shawna McCann
4. BOP Captain Jesus Valero
5. BOP Counselor Jeff Smith
6. Nataly Linan
7. April Moon
8. Luke Ulavale
9. ATF Special Agent Catherine Cole



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

10. FBI DNA Analyst Marcy Plaza
11. DHS Examiner Aaron Holladay
12. Federal Way Police Officer Brandon Bessey
13. Federal Way Police Officer Eric Reyna

The United States reserves the right to supplement this list and/or call other witnesses to address issues and defenses raised at trial.

Dated this 29th day of August, 2022.

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

*By: s/ Jessica M. Manca*
JESSICA M. MANCA

*By: s/ Cindy Chang*
CINDY CHANG

Assistant United States Attorneys
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-7970
Fax: (206) 553-0582