THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:21-cr-00194-RAJ |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| JOSHUA ADAM SHUEMAKE, | ) | ORDER |
| Defendant. | ) | |
| | ) | |

Before this Court is Defendant's Motion to Allow Travel. The Court has reviewed the motion and accompanying declaration and notes that no opposition has been filed.

IT IS THEREFORE ORDERED that the motion to allow travel (Dkt. 69) is GRANTED.

1. Defendant is granted permission to travel to Florida from November 20-28, 2022.

2. Defendant shall provide U.S. Probation a copy of his travel itinerary.

3. Defendant shall abide by any conditions imposed by the U.S. Probation office.

4. All other terms and conditions of Defendant's release shall remain in effect.

IT IS SO ORDERED.

DATED this 14th day of October, 2022.

_____
RICHARD A. JONES
UNITED STATES DISTRICT JUDGE

ORDER
(U.S. v SHUEMAKE/2:21-cr-00194-RAJ-1)



PUGET LAW GROUP
938 BROADWAY
TACOMA WA 98402
TEL 253 627 4696
FAX 253 617 1013