The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSHUA ADAM SHUEMAKE, <br><br> Defendant. | CASE NO.  2:21-cr-00194-RAJ <br><br> ORDER REGARDING BOND VIOLATION |

    This matter comes before the Court on Probation's petition alleging a violation of the defendant's appearance bond (Dkt. 71) and the Government's Second Motion to Revoke Bond (Dkt. 74).  For the reasons stated at the bond violation hearing held November 9, 2022, the Court finds the defendant in violation but declines to revoke the defendant's bond.

    As a sanction for the bond violation, the defendant shall serve 72 hours in custody. He shall report to the United States Marshals Service on the 10th floor of the United States Courthouse, 700 Stewart Street, Seattle, Washington, at 11:00 a.m. on November 10, 2022. The United States Marshals will transport him to King County Jail, where he will serve his term of custody.

ORDER REGARDING BOND VIOLATION
*United States v. Shuemake*, 2:21-cr-00194-RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

After serving this sanction, the defendant shall continue on the amended appearance bond issued on August 16, 2022, including the specific conditions ordered by the Court on September 15, 2022.  Dkt. 37, 60.

In addition to the conditions ordered on August 16, 2022 and September 15, 2022, the Court orders the following conditions:

1. The defendant shall not wear any type of insignia or badging that indicates or suggests that he is a law enforcement officer, to include labels that say "Law Enforcement Officer," "Off Duty Officer," or "Washington State Officer."

2. The defendant shall advise Pretrial Services of each location where he is working, and shall provide Pretrial Services of a photograph of his attire at each location.

The Court incorporates its oral findings and conclusions as stated at the November 9th hearing.

IT IS SO ORDERED.

DATED this 9th day of November, 2022.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER REGARDING BOND VIOLATION
*United States v. Shuemake*, 2:21-cr-00194-RAJ - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970