The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR21-194 RAJ |
|---|---|
| Plaintiff | ORDER TO SEAL |
| v. | |
| JOSHUA ADAM SHUEMAKE, | |
| Defendant. | |

The Court, having reviewed the record in this matter, finds a compelling reason to seal Exhibit B to the United States' Sentencing Memorandum, due to the sensitivity of the material contained therein.

Accordingly, the Court GRANTS the Government's Motion to Seal (Dkt. 83) and orders that Exhibit B shall remain sealed.

IT IS SO ORDERED.

DATED this 16th day of December, 2022.

*[signature]*
RICHARD A. JONES
United States District Judge

Presented by:

*s/ Cindy Chang*
CINDY CHANG
Assistant United States Attorney

ORDER TO SEAL - 1
*United States v. Shuemake,* CR21-194 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970