The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. 2:21-cr-00194-RAJ |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO ALLOW TRAVEL |
| JOSHUA ADAM SHUEMAKE, | |
| Defendant. | |

Before this Court is Defendant's Motion to Allow Travel.  The Court has reviewed the motion and accompanying declaration, the Government's Response, and is fully informed.  IT IS THEREFORE ORDERED that the motion to allow travel (Dkt. 95) is GRANTED.

1. Defendant is granted permission to travel to Ohio from January 19-25, 2023.
2. Defendant shall provide U.S. Probation a copy of his travel itinerary to Ohio and to the East Coast correctional facility, to include flight information.
3. Defendant shall abide by any conditions imposed by the U.S. Probation office.
4. All other terms and conditions of Defendant's release shall remain in effect.

DATED this 18th day of January, 2023.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER - 1