The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:21-cr-00194-RAJ |
| Plaintiff, | |
| v. | ORDER DENYING MOTION FOR STAY OF EXECUTION OF JUDGMENT |
| JOSHUA ADAM SHUEMAKE, | |
| Defendant. | |

THIS MATTER comes before the Court upon Defendant's Motion for Stay of Execution of Judgment while he appeals his convictions to the Ninth Circuit Court of Appeals (Dkt. 96). After considering the motion, the Government's opposition, the files and pleadings herein, and being fully advised, the Court finds oral argument unnecessary and finds as follows:

The Court **DENIES** Defendant's motion because he has not shown a likelihood that either count of conviction will be reversed on appeal.  The Court further **DENIES** Defendant's motion because, given his history of violation of his bond conditions, he has not shown by clear and convincing evidence that he does not pose a danger to the community

///

///

///

ORDER - 1

while his appeal is pending, nor has he demonstrated that his appeal is not for purposes of delay.

DATED this 23rd day of January, 2023.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER - 2