UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 17 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff - Appellee,<br><br> v.<br><br>JOSHUA ADAM SHUEMAKE,<br><br>       Defendant - Appellant. | No. 22-30210<br><br>D.C. No. 2:21-cr-00194-RAJ-1<br>U.S. District Court for Western Washington, Seattle<br><br>**MANDATE** |

      The judgment of this Court, entered December 26, 2024, takes effect this date.

      This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                FOR THE COURT:

                                MOLLY C. DWYER
                                CLERK OF COURT